[Cite as *Earp v. Kent State Univ.*, 2010-Ohio-6611.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

PAUL W. EARP

Plaintiff

v.

KENT STATE UNIVERSITY

Defendant

Case No. 2009-04891

Judge Clark B. Weaver Sr.
Magistrate Lewis F. Pettigrew

JUDGMENT ENTRY

{¶ 1} On November 5, 2010, the magistrate issued a decision recommending judgment for defendant.

{¶ 2} Civ.R. 53(D)(3)(b)(i) states, in part: "A party may file written objections to a magistrate's decision within fourteen days of the filing of the decision, whether or not the court has adopted the decision during that fourteen-day period as permitted by Civ.R. 53(D)(4)(e)(i)." No objections were filed.

{¶ 3} The court determines that there is no error of law or other defect evident on the face of the magistrate's decision. Therefore, the court adopts the magistrate's decision and recommendation as its own, including findings of fact and conclusions of law contained therein. Judgment is rendered in favor of defendant. Court costs are assessed against plaintiff. The clerk shall serve upon all parties notice of this judgment and its date of entry upon the journal.

_____
CLARK B. WEAVER SR.
Judge

cc:

David C. Perduk               Randall W. Knutti
Richard P. Martin            Assistant Attorney General
3603 Darrow Road          150 East Gay Street, 18th Floor
Stow, Ohio 44224           Columbus, Ohio 43215-3130

RCV/cmd
Filed December 16, 2010
To S.C. reporter January 4, 2011